IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE: ETHICON, INC.
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION

MDL NO. 2327

**This Document Relates to:**

| | |
|---|---|
| **ROSEMARY CADDY,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | **CIVIL ACTION NO. 2:14-cv-10162** |
| **COLOPLAST CORP.,** § | |
| § | |
| Defendant. § | |
| § | |
| § | |

**JOINT DESIGNATION OF THE CONTENTS OF
THE RECORD FROM MDL 2387 TO BE REMANDED**

Defendant Coloplast Corp., and Plaintiff Rosemary Caddy (collectively, "the Parties"), by and through their respective counsel, and in response to the Court's September 9, 2019, Order (MDL 2387, Doc. No. 2364) and J.P.M.L. Rule 10.4(a), designate the below-listed documents from *In re: Coloplast Corp. Pelvic Support Systems Products Liability Litigation*, MDL No. 2387 (No. 2:12-md-2387) ("Coloplast MDL"), which the Parties jointly deem relevant to constitute an appropriate record for transmission to the receiving court in the above-captioned matter. The below-listed document designations from the Coloplast MDL incorporate and include all exhibits or attachments that accompanied the documents as filed in the Coloplast MDL.

| Attachment | Docket Number | Filer | Docket Text | Date of Filing |
|---|---|---|---|---|
| 1. | 13 | Court | Pretrial Order #5, Stipulated Protective Order | 10/02/2012 |
| 2. | 33 | Court | Pretrial Order #10, Direct Filing Order; Master Complaint, Short Form Complaint, Amended Short Form Complaint and Master Responsive Pleadings Due Date | 12/13/2012 |
| 3. | 40 | Court | Pretrial Order #12, Plaintiff Profile Forms, Plaintiff Fact Sheet, and Defendant Fact Sheets | 12/21/2012 |
| 4. | 41 | Court | Pretrial Order #13, Correction to PTO #10, Direct Filing Order; Master Complaint, Amended Short Form Complaint and Master Responsive Pleadings Due Date | 12/21/2012 |
| 5. | 48 | Court | Pretrial Order #15, Amended Master Complaint; Revised Short Form and Amended Short Form Complaints re: removal of ABISS | 01/08/2013 |
| 6. | 59 | Court | Pretrial Order #20, Waiver of Service for Coloplast Corp. | 01/24/2013 |
| 7. | 86 | All Parties | JOINT MOTION … for Order to Show Cause Applicable to All Cases Why the Court Should Not Enter a Stipulated Order Dismissing Certain Defendants From All Cases Without Prejudice (Attachment: # 1 Proposed Order)(Varney, Lana | 04/18/2013 |
| 8. | 87 | Court | Pretrial Order #26, Show Cause Order Regarding Dismissal of Coloplast A/S, Coloplast Manufacturing US, LLC, and Porges S.A. | 04/19/2013 |
| 9. | 89 | Court | Pretrial Order #27, Denying Request to Modify Stipulated Pretrial Orders to Allow Access and Exchange of Confidential Information Among MDLs | 05/09/2013 |

| Attachment | Docket Number | Filer | Docket Text | Date of Filing |
|---|---|---|---|---|
| 10. | 92 | Court | Pretrial Order #28, Agreed Order Re: Dismissal of Coloplast A/S, Coloplast Manufacturing US, LLC, and Porges S.A. in All Cases | 05/28/2013 |
| 11. | 93 | Court | Pretrial Order #29, Revised Short Form Complaint and Amended Short Form Complaint re: Removal of Coloplast and Endo Entities | 05/29/2013 |
| 12. | 96 | Court | Pretrial Order #30, Order re: Termination of Parties No Longer Named in Short Form and Amended Short Form Complaints | 06/10/2013 |
| 13. | 124 | Court | Pretrial Order #32, Agreed Order Establishing MDL 2387 Fund to Compensate and Reimburse Attorneys for Services Performed and Expenses Incurred for MDL Administration and Common Benefit | 08/26/2013 |
| 14. | 152 | Court | Pretrial Order #37, Revised Short Form Complaint and Amended Short Form Complaint re: Addition of Cook Defendants; Revised Motion to Transfer MDL | 11/14/2013 |
| 15. | 163 | Court | Pretrial Order #40, Motion to Establish Order of Discovery and Request for In-Person Hearing | 12/13/2013 |
| 16. | 166 | Court | Pretrial Order #41, Show Cause Order Regarding Dismissal of Additional Cook Entities | 12/20/2013 |
| 17. | 171 | Court | Pretrial Order #43, Stipulated Protective Order Regarding Nonparty Documents | 01/06/2014 |
| 18. | 178 | Court | Pretrial Order #44, Agreed Order re: Dismissal of Additional Cook Entities in All Cases | 01/17/2014 |
| 19. | 188 | Court | Pretrial Order #47, Stipulated Protective Order Regarding Nonparty Documents | 01/27/2014 |

| Attachment | Docket Number | Filer | Docket Text | Date of Filing |
|---|---|---|---|---|
| 20. | 193 | Court | Pretrial Order #49, Emergency Motion for Protective Order | 01/30/2014 |
| 21. | 234 | Court | Pretrial Order #55, Revised Short Form Complaint and Amended Short Form Complaint re: Addition of Neomedic Entities and Removal of Ethicon, LLC | 05/29/2014 |
| 22. | 256 | Court | Pretrial Order #59, Order Amending Pretrial Order #32 | 08/14/2014 |
| 23. | 374 | Court | Pretrial Order #74, Docket Control Order – Wave 1 Cases | 09/14/2015 |
| 24. | 381 | Court | Pretrial Order #76, First Amended Docket Control Order – Wave 1 Cases | 09/30/2015 |
| 25. | 389 | Court | Pretrial Order #77, Second Amended Docket Control Order – Wave 1 Cases | 10/16/2015 |
| 26. | 395 | Court | Pretrial Order #79, Order Establishing Reporting on Payment to the MDL 2387 Fund | 10/29/2015 |
| 27. | 420 | Court | Pretrial Order #80, Third Amended Docket Control Order – Wave 1 Cases | 11/23/2015 |
| 28. | 442 | Court | Pretrial Order #86, Fourth Amended Docket Control Order – Wave 1 Cases | 01/15/2016 |
| 29. | 474 | Court | Pretrial Order #90, Fifth Amended Docket Control Order – Wave 1 Cases & General Stay of Discovery | 03/15/2016 |
| 30. | 491 | Court | Pretrial Order #94, Sixth Amended Docket Control Order – Wave 1 Cases & General Stay of Discovery | 04/11/2016 |
| 31. | 508 | Court | Pretrial Order #98, Seventh Amended Docket Control Order – Wave 1 Cases & General Stay of Discovery | 05/05/2016 |
| 32. | 527 | Court | Pretrial Order #100, Eighth Amended Docket Control Order - Wave 1 Cases & General Stay of Discovery | 05/19/2016 |

| Attachment | Docket Number | Filer | Docket Text | Date of Filing |
|---|---|---|---|---|
| 33. | 558 | Court | Pretrial Order #102, Docket Control Order - Coloplast Wave 1 Cases | 06/09/2016 |
| 34. | 561 | Court | Pretrial Order #103, First Amended Docket Control Order - Coloplast Wave 1 Cases | 06/10/2016 |
| 35. | 562 | Court | Pretrial Order #104, Coloplast Wave 2 Cases | 06/10/2016 |
| 36. | 572 | Court | Pretrial Order #105, Order re: Amending PTO #12 and Adopting Plaintiff Fact Sheets and Defendant Fact Sheets | 06/21/2016 |
| 37. | 588 | Court | Pretrial Order #107, Docket Control Order - Coloplast Wave 2 Cases | 07/07/2016 |
| 38. | 621 | Court | Pretrial Order #109, Second Amended Docket Control Order - Coloplast Wave 1 Cases | 08/12/2016 |
| 39. | 622 | Court | Pretrial Order #110, First Amended Docket Control Order - Coloplast Wave 2 Cases | 08/12/2016 |
| 40. | 634 | Court | Pretrial Order #112, Order Amending PTO #105 to correct email address | 08/23/2016 |
| 41. | 969 | Court | Pretrial Order #117, Order re: Deadline for Amending Master Complaint | 12/13/2016 |
| 42. | 1028 | Court | Pretrial Order #119, Order Amending PTO #79 – Order Establishing Reporting on Payment to the MDL 2387 Fund | 02/02/2017 |
| 43. | 1197 | Court | Pretrial Order #121, Motion to Amend Master Complaint | 04/04/2017 |
| 44. | 1198 | Plaintiffs | Second Amended Master Long Form Complaint and Jury Demand | 04/04/2017 |
| 45. | 1258 | Coloplast | Joint Master Long Form Answer and Affirmative Defenses to Plaintiffs' Second Amended Master Long Form Complaint and Jury Demand | 04/25/2017 |

| Attachment | Docket Number | Filer | Docket Text | Date of Filing |
|---|---|---|---|---|
| 46. | 1259 | Court | Pretrial Order #122, Third Amended Docket Control Order - Coloplast Wave 1 Cases; Second Amended Docket Control Order - Coloplast Wave 2 Cases | 04/25/2017 |
| 47. | 1260 | Court | Pretrial Order #123, Docket Control Order - Coloplast Wave 3 Cases | 04/26/2017 |
| 48. | 1261 | Court | Pretrial Order #124, Docket Control Order - Coloplast Wave 4 Cases | 04/26/2017 |
| 49. | 1262 | Mentor | Answer, Affirmative Defenses, and Jury Demand to Plaintiffs' Second Amended Long Form Complaint | 04/26/2017 |
| 50. | 1275 | Court | Pretrial Order #125, Fourth Amended Docket Control Order - Coloplast Wave 1 Cases; Third Amended Docket Control Order - Coloplast Wave 2 Cases | 05/10/2017 |
| 51. | 1276 | Court | Pretrial Order #126, First Amended Docket Control Order - Coloplast Wave 3 Cases | 05/10/2017 |
| 52. | 1277 | Court | Pretrial Order #127, First Amended Docket Control Order - Coloplast Wave 4 Cases | 05/10/2017 |
| 53. | 1289 | Court | Pretrial Order #128, Motion to Amend Pretrial Order No. 20 (Waiver of Service for Coloplast Corp.); Revised Email Address for Plaintiff Profile Form and Plaintiff Fact Sheet | 05/16/2017 |
| 54. | 1351 | Court | Pretrial Order #129, Filing of Plaintiff Profile Forms and Plaintiff Fact Sheets | 05/26/2017 |
| 55. | 1361 | Court | Pretrial Order #130, Order Staying Coloplast Wave 1, 2, 3 and 4 Cases - AS TO CLAIMS INVOLVING MENTOR OR BIOLOGICS ONLY | 06/01/2017 |
| 56. | 1382 | Court | Pretrial Order #131, Order re: Transfers from the MDL Panel and Direct Filings | 06/09/2017 |

| Attachment | Docket Number | Filer | Docket Text | Date of Filing |
|---|---|---|---|---|
| 57. | 1430 | Court | Pretrial Order #132, Fifth Amended Docket Control Order - Coloplast Wave 1 Cases; Fourth Amended Docket Control Order - Coloplast Wave 2 Cases; Second Amended Docket Control Order - Coloplast Wave 3 Cases; Second Amended Docket Control Order - Coloplast Wave 4 Cases | 06/22/2017 |
| 58. | 1448 | Court | Pretrial Order #134, Order re: Mandatory Settlement Conference for Certain Plaintiffs with Claims involving Biologic Products | 06/29/2017 |
| 59. | 1491 | Court | Pretrial Order #135, Order re: Mandatory Settlement Conference for Certain Plaintiffs with Claims involving Biologic Products | 08/14/2017 |
| 60. | 1543 | Court | ORDER denying [1489] MOTION by All Plaintiffs For An Order Allowing Mentor's OBTape MDL Production Of Media, Documents And Tangible Things To Be Used In This MDL . . . The parties are ORDERED to promptly meet and confer regarding production by the defendants of additional, previously unproduced Aris documents. Documents to be produced shall be provided to Plaintiffs within seven (7) days of the date of this Order. The parties are instructed to immediately contact the undersigned United States Magistrate Judge if disputes arise. | 08/30/2017 |
| 61. | 1583 | Court | Pretrial Order #136, Order Staying Coloplast Wave 1, 2, and 3 Cases | 10/25/2017 |

| Attachment | Docket Number | Filer | Docket Text | Date of Filing |
|---|---|---|---|---|
| 62. | 2142 | Court | Pretrial Order #138, Requirements for Counsel to Deceased Plaintiffs | 07/17/2018 |
| 63. | 2240 | Court | Pretrial Order #139, Order re: Scheduling Mandatory Settlement Conference for Certain Remaining Plaintiffs in Coloplast MDL | 09/13/2018 |
| 64. | 2241 | Court | Pretrial Order #140, First Amended Order re: Scheduling Mandatory Settlement Conference for Certain Remaining Plaintiffs in Coloplast MDL | 09/21/2018 |
| 65. | 2257 | Court | Pretrial Order #142, Docket Control Order - Coloplast Wave 5 Cases | 10/31/2018 |
| 66. | 2260 | Court | Pretrial Order #143, Order Re: Mandatory Settlement Conference for Certain Unresolved Cases December 4 and 5, 2018 | 11/13/2018 |
| 67. | 2299 | Court | Pretrial Order #145, Order Re: Mandatory Settlement Conference for Certain Unresolved Cases December 5, 2018 | 12/03/2018 |
| 68. | 2310 | Court | Pretrial Order #146, Docket Control Order Coloplast Wave 6 Cases | 12/07/2018 |
| 69. | 2317 | Court | Pretrial Order #147, Docket Control Order - Coloplast Wave 7 Cases | 12/11/2018 |
| 70. | 2338 | Court | Pretrial Order #149, Docket Control Order - Coloplast Wave 8 Cases | 02/04/2019 |
| 71. | 2339 | Court | Pretrial Order #150, Docket Control Order - Coloplast Wave 8 Cases | 02/05/2019 |
| 72. | 2381 | Court | TRANSCRIPT OF PROCEEDINGS of Telephonic Motions Hearing held on March 1, 2019, before Magistrate Judge Cheryl A. Eifert. | 03/04/2019 |

| Attachment | Docket Number | Filer | Docket Text | Date of Filing |
|---|---|---|---|---|
| 73. | 2393 | Court | Pretrial Order #154, Order re: Supplement to Coloplast Wave 5, 6, 7 and 8 Transfer and Remand Information | 03/13/2019 |
| 74. | 2418 | Court | TRANSCRIPT OF PROCEEDINGS of Telephonic Conference held on 04/03/2019, before Magistrate Judge Cheryl A. Eifert. C | 04/05/2019 |
| 75. | 2450 | Court | REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE PURSUANT TO THE HAGUE CONVENTION OF 18 MARCH 1970 ON THE TAKING OF EVIDENCE IN CIVIL OR COMMERCIAL MATTERS/ORDER as more fully set forth herein. Signed by Magistrate Judge Cheryl A. Eifert on 4/19/2019. (United Kingdom of Great Britain and Northern Ireland) | 04/22/2019 |
| 76. | 2472 | Court | REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE PURSUANT TO THE HAGUE CONVENTION OF 18 MARCH 1970 ON THE TAKING OF EVIDENCE IN CIVIL OR COMMERCIAL MATTERS/ORDER as more fully set forth herein. Signed by Magistrate Judge Cheryl A. Eifert on 4/25/2019. (France re: French Company Analytic Biosurgical Solutions) | 04/25/2019 |
| 77. | 2483 | Court | ORDER granting [2382] NOTICE OF MOTION by Certain Plaintiffs for Issuance of Letters Rogatory and [2453] NOTICE OF MOTION by Certain Plaintiffs for Issuance of Letters Rogatory. | 05/01/2019 |

| Attachment | Docket Number | Filer | Docket Text | Date of Filing |
|---|---|---|---|---|
| 78. | 2484 | Court | Pretrial Order #158, Docket Control Order - Coloplast Wave 9 Cases | 05/01/2019 |
| 79. | 2500 | Coloplast | MOTION by Coloplast Corp. to Exclude or Limit Opinion Testimony of Peggy Pence, Ph.D. | 05/13/2019 |
| 80. | 2501 | Coloplast | MEMORANDUM OF LAW by Coloplast Corp. in Support of [2500] MOTION by Coloplast Corp. to Exclude or Limit Opinion Testimony of Peggy Pence, Ph.D. | 05/13/2019 |
| 81. | 2502 | Plaintiffs | MOTION by Certain Plaintiffs to Exclude Certain Opinions and Testimony of Dr. Karen Becker | 05/13/2019 |
| 82. | 2503 | Plaintiffs | MEMORANDUM OF LAW by Certain Plaintiffs in Support of [2502] MOTION by Certain Plaintiffs to Exclude Opinions and Testimony of Dr. Karen Becker, Ph.D. | 05/13/2019 |
| 83. | 2504 | Coloplast | MOTION by Coloplast Corp. to Exclude or Limit Certain Opinions and Testimony of Jimmy Mays, Ph.D. | 05/13/2019 |
| 84. | 2505 | Coloplast | MEMORANDUM OF LAW by Coloplast Corp. in Support of [2504] MOTION by Coloplast Corp. to Exclude or Limit Certain Opinions and Testimony of Jimmy Mays, Ph.D. | 05/13/2019 |
| 85. | 2506 | Plaintiffs | MOTION by Certain Plaintiffs to Exclude Certain Opinions and Testimony of Dr. Patrick Culligan | 05/13/2019 |
| 86. | 2507 | Plaintiffs | MEMORANDUM OF LAW by Certain Plaintiffs in Support of [2506] MOTION by Certain Plaintiffs to Exclude Certain Opinions and Testimony of Dr. Patrick Culligan | 05/13/2019 |

| Attachment | Docket Number | Filer | Docket Text | Date of Filing |
|---|---|---|---|---|
| 87. | 2508 | Plaintiffs | MOTION by Certain Plaintiffs to Exclude Certain Opinions and Testimony of Dr. Emily Cole | 05/13/2019 |
| 88. | 2509 | Plaintiffs | MEMORANDUM OF LAW by Certain Plaintiffs in Support of [2508] MOTION by Certain Plaintiffs to Exclude Emily Cole, M.D. | 05/13/2019 |
| 89. | 2510 | Plaintiffs | MOTION by Certain Plaintiffs to Exclude Certain Opinions and Testimony of Dr. Diana Molavi | 05/13/2019 |
| 90. | 2511 | Plaintiffs | MEMORANDUM OF LAW by Certain Plaintiffs in Support of [2510] MOTION by Certain Plaintiffs to Exclude Dr. Diana Molavi | 05/13/2019 |
| 91. | 2514 | Plaintiffs | MOTION by Certain Plaintiffs to Exclude Certain Opinions and Testimony of Mr. Benny Dean Freeman | 05/13/2019 |
| 92. | 2520 | Plaintiffs | MEMORANDUM OF LAW by Certain Plaintiffs in Support of [2514] MOTION by Certain Plaintiffs to Exclude Opinions and Testimony of Benny Dean Freeman, Ph.D., P.E. | 05/14/2019 |
| 93. | 2522 | Court | TRANSCRIPT OF PROCEEDINGS of Telephonic Conference held on 4/12/2019 | 05/14/2019 |
| 94. | 2527 | Coloplast | RESPONSE by Coloplast Corp. in opposition to [2511] Memorandum in Support, [2510] MOTION by Certain Plaintiffs to Exclude Certain Opinions and Testimony of Dr. Diana Molavi | 05/28/2019 |
| 95. | 2528 | Coloplast | MEMORANDUM by Coloplast Corp. in opposition to [2514] MOTION by Certain Plaintiffs to Exclude Certain Opinions and Testimony of Benny Dean Freeman, Ph.D., P.E. | 05/28/2019 |

| Attachment | Docket Number | Filer | Docket Text | Date of Filing |
|---|---|---|---|---|
| 96. | 2529 | Coloplast | OPPOSITION by Coloplast Corp. to [2503] Memorandum in Support, [2502] MOTION by Certain Plaintiffs to Exclude Opinions of Dr. Karen Becker, Ph.D. | 05/28/2019 |
| 97. | 2531 | Coloplast | MEMORANDUM by Coloplast Corp. in Opposition to [2506] MOTION by Certain Plaintiffs to Exclude Dr. Patrick Culligan | 05/28/2019 |
| 98. | 2532 | Coloplast | MEMORANDUM by Coloplast Corp. in Opposition to [2508] MOTION by Certain Plaintiffs to Exclude Certain Opinions and Testimony of Emily Cole, M.D. | 05/28/2019 |
| 99. | 2535 | Plaintiffs | RESPONSE AND MEMORANDUM by Certain Plaintiffs in Opposition to [2504] MOTION by Coloplast Corp. to Exclude or Limit Certain Opinions and Testimony of Jimmy Mays, Ph.D. | 05/28/2019 |
| 100. | 2536 | Plaintiffs | RESPONSE by Certain Plaintiffs in Opposition to [2500] MOTION by Coloplast Corp. to Exclude the Opinions and Testimony of Peggy Pence, Ph.D. | 05/28/2019 |
| 101. | 2540 | Coloplast | REPLY by Coloplast Corp. to [2536] Memorandum In Opposition (Pence) | 06/04/2019 |
| 102. | 2543 | Plaintiffs | REPLY by Certain Plaintiffs to [2529] Opposition to Motion (Becker) | 06/04/2019 |
| 103. | 2545 | Plaintiffs | REPLY by Certain Plaintiffs to [2532] Response in Opposition (Cole) | 06/04/2019 |
| 104. | 2546 | Plaintiffs | REPLY by Certain Plaintiffs to [2527] Response in Opposition (Molavi) | 06/04/2019 |
| 105. | 2550 | Coloplast | REPLY by Coloplast Corp. to [2535] Memorandum In Opposition (Mays) | 06/04/2019 |

| Attachment | Docket Number | Filer | Docket Text | Date of Filing |
|---|---|---|---|---|
| 106. | 2551 | Plaintiffs | REPLY by Certain Plaintiffs to [2528] Response in Opposition (Freeman) | 06/04/2019 |
| 107. | 2552 | Plaintiffs | REPLY by Certain Plaintiffs to [2531] Response in Opposition (Culligan) | 06/04/2019 |
| 108. | 2553 | Court | TELEPHONIC MOTION HEARING held by Magistrate Judge Cheryl A. Eifert on 6/7/2019 re: [2346] MOTION by Certain Plaintiffs to Compel Production of Defendant Coloplast Corporation's Foreign Documents and Access to Witnesses | 06/07/2019 |
| 109. | 2554 | Court | ORDER The [2346] MOTION by Certain Plaintiffs to Compel Production of Defendant Coloplast Corporation's Foreign Documents and Access to Witnesses is GRANTED in part and DENIED in part | 06/10/2019 |
| 110. | 2555 | Court | TRANSCRIPT OF PROCEEDINGS of Telephonic Conference held on 06/07/19, before Magistrate Judge Cheryl A. Eifert | 06/12/2019 |
| 111. | 2568 | Court | ORDER re: [2346] Motion to Compel Production of Defendant Coloplast Corporation's Foreign Documents and Access to Witnesses; the court DENIES the motion for protective order, but does ORDER the following limitations on the deposition [….] | 07/01/2019 |
| 112. | 2600 | Plaintiffs | NOTICE of Adoption by Certain Plaintiffs re: [2503] Memorandum in Support, [2502] MOTION, and [2543] Reply Brief by Certain Plaintiffs to Exclude Certain Opinions and Testimony of Dr. Karen Becker | 08/14/2019 |

| Attachment | Docket Number | Filer | Docket Text | Date of Filing |
|---|---|---|---|---|
| 113. | 2601 | Plaintiffs | NOTICE of Adoption by Certain Plaintiffs re: [2509] Memorandum In Support, [2545] Reply Brief, [2508] MOTION by Certain Plaintiffs to Exclude Certain Opinions and Testimony of Emily Cole | 08/14/2019 |
| 114. | 2602 | Plaintiffs | NOTICE of Adoption by Certain Plaintiffs re: [2552] Reply Brief, [2507] Memorandum In Support, [2506] MOTION by Certain Plaintiffs to Exclude Patrick Culligan, M.D. | 08/14/2019 |
| 115. | 2603 | Plaintiffs | NOTICE of Adoption by Certain Plaintiffs re: [2514] MOTION by Certain Plaintiffs to Exclude Certain Opinions and Testimony of Benny Dean Freeman, [2551] Memorandum In Support, [2520] Memorandum In Support | 08/14/2019 |
| 116. | 2605 | Plaintiffs | NOTICE of Adoption by Certain Plaintiffs re: [2511] Memorandum In Support, [2546] Reply Brief, [2510] MOTION by Certain Plaintiffs to Exclude Certain Opinions and Testimony of Diana Molavi | 08/14/2019 |
| 117. | 2609 | Coloplast | NOTICE of Adoption by Coloplast Corp. re: [2550] Response in Opposition, [2505] Memorandum in Support, [2504] MOTION by Coloplast Corp. to Exclude or Limit Certain Opinions and Testimony of Plaintiffs' Expert, Jimmy Mays, Ph.D. | 08/15/2019 |
| 118. | 2610 | Coloplast | NOTICE of Adoption by Coloplast Corp. re: [2540] Reply to Response, [2501] Memorandum in Support, [2500] MOTION by Coloplast Corp. to Exclude or Limit Opinion Testimony of Plaintiffs' Expert Peggy Pence, Ph.D. | 08/15/2019 |

| Attachment | Docket Number | Filer | Docket Text | Date of Filing |
|---|---|---|---|---|
| 119. | 2621 | Coloplast | NOTICE of Adoption of Prior Opposition to Plaintiffs' Motion to Exclude Opinions and Testimony of Karen Becker, Ph.D. by Coloplast Corp. re: [2529] Brief In Opposition | 08/29/2019 |
| 120. | 2622 | Coloplast | NOTICE of Adoption of Prior Opposition to Plaintiffs' Motion to Exclude the General Causation Opinions of Defense Expert Emily Cole, M.D. by Coloplast Corp. re: [2532] Memorandum In Opposition | 08/29/2019 |
| 121. | 2623 | Coloplast | NOTICE of Adoption of Prior Opposition to Plaintiffs' Motion to Exclude Opinions and Testimony of Dr. Patrick Culligan by Coloplast Corp. re: [2531] Memorandum In Opposition | 08/29/2019 |
| 122. | 2624 | Coloplast | NOTICE of Adoption of Prior Opposition to Plaintiffs' Motion to Exclude Opinions and Testimony of Benny Dean Freeman, Ph.D., P.E. by Coloplast Corp. re: [2528] Memorandum In Opposition | 08/29/2019 |
| 123. | 2626 | Coloplast | NOTICE of Adoption of Prior Opposition to Plaintiffs' Motion to Exclude Opinions and Testimony of Dr. Diana Molavi by Coloplast Corp. re: [2527] Response In Opposition | 08/29/2019 |

| Attachment | Docket Number | Filer | Docket Text | Date of Filing |
|---|---|---|---|---|
| 124. | 2637 | Court | ORDER To the extent the [1431] Motion for an Expedited Hearing and Order, the [1432] Motion to Compel Coloplast's Document Production in a Usable Format; and the [2350] Motion and Incorporated Memorandum of Law in Support of Motion to Compel Specific Responses to Plaintiffs' Interrogatories and Requests for Production from Defendant Coloplast Corp. were previously granted, in part, those rulings remain in effect; as to the remainder of the issues raised in the motions, the motions are DENIED | 09/11/2019 |
| 125. | 2638 | Court | ORDER re: [2494], [2496], [2498], [2500], [2502], [2504], [2506], [2508], [2510], [2512], [2514], [2516], and [2518] motions are DENIED without prejudice and with the right to refile in a remand or transfer court should the parties so choose | 09/11/2019 |

Since this case was previously docketed in the Ethicon MDL, 2:12-md-2327, before transfer to the Coloplast MDL, and because the Court granted Coloplast's joinder in the Defendants Ethicon, Inc. and Johnson and Johnson's Notice of Adoption of Prior Daubert Motion to Exclude Donald R. Ostergard, M.D. for Ethicon Wave 8, [ECF. 56, *Caddy,* 2:14-cv-10162] the parties request that the Court include the following from the Ethicon MDL:

| Attachment | Ethicon MDL Docket Number | Filer | Docket Text | Date of Filing |
|---|---|---|---|---|
| 126. | 2814 | Ethicon, Inc. and Johnson and Johnson | Defendants' Motion to Exclude Donald Ostergard, M.D. | 09/19/2016 |
| 127. | 2816 | Ethicon, Inc.; Ethicon, LLC; Johnson and Johnson | MEMORANDUM by Ethicon, Inc., Ethicon, LLC, Johnson & Johnson in support of 2814 MOTION by Ethicon, Inc., Ethicon, LLC, Johnson & Johnson to Exclude the General-Causation Testimony of Donald R. Ostergard, M.D. in Certain Wave 3 Cases | 09/19/2016 |
| 128. | 2950 | Plaintiffs in Ethicon MDL | Plaintiffs' Response in Opposition to Motion to Exclude Donald Ostergard, M.D. | 10/11/2016 |
| 129. | 3011 | Ethicon, Inc. and Johnson and Johnson | REPLY by Ethicon, Inc., Johnson & Johnson to 2950 Response In Opposition | 10/20/2016 |
| 130. | 6825 | Ethicon, Inc. and Johnson and Johnson | NOTICE of Adoption of Prior Daubert Motion to Exclude Donald R. Ostergard, M.D. for Ethicon Wave 8 by Ethicon, Inc. re: [2814] MOTION by Ethicon, Inc., Ethicon, LLC, Johnson & Johnson to Exclude the General-Causation Testimony of Donald R. Ostergard, M.D. in Certain Wave 3 Cases, [2816] Memorandum In Support (Attachment: # (1) Exhibit A List of Wave 8 Cases)(Gage, William) | 10/16/2018 |
| 131. | 6957 | Plaintiffs in Ethicon MDL | Notice of Adoption of Prior Daubert Response of Donald R. Ostergard, M.D. for Wave 8 | 10/23/2018 |

17

| | | | | |
|---|---|---|---|---|
| 132. | 7044 | Plaintiffs | MOTION by Certain Plaintiffs to Strike Joinder by Coloplast Corp. in Motion by Ethicon, Inc., Johnson & Johnson to Exclude the Opinions and Testimony of Certain Experts and Incorporating by Reference PSC's Notice of Adoption of PSC's Opposition to Ostergard Motion to Exclude [6957] | 10/25/2018 |
| 133. | 7181 | Coloplast | RESPONSE by Coloplast Corp. in opposition to 7044 MOTION by Certain Plaintiffs to Strike 6896 Joinder by Coloplast Corp. in 2071 Motion by Ethicon, Inc., Johnson & Johnson to Exclude the Opinions and Testimony of Certain Experts and in Wave 1 Cases | 11/01/2018 |
| 134. | 7189 | Plaintiffs | REPLY by Certain Plaintiffs to [7181] Response In Opposition. Plaintiffs' Reply to Coloplast's Response to Plaintiff's Motion to Strike Coloplast's Daubert Motion | 11/05/2018 |

The parties further agree and stipulate that, subject to the Court's approval, any party who believes a relevant document was inadvertently not included in the above lists may supplement this joint designation without requesting a hearing on a motion to supplement.

Dated: September 21, 2019            Respectfully submitted,

*/s/ Lisa Causey-Street*
Robert L. Salim
Lisa Causey-Streete
SALIM-BEASLEY LLC
1901 Texas Street
Natchitoches, LA 71457
Telephone: (318) 238-1826
Facsimile: (318) 354-1227
robertsalim@cp-tel.net
lcausey@salim-beasley.com

/s/ Chris Cantrell
Chris W. Cantrell
William J. Doyle II
John A. Lowther
DOYLE LOWTHER LLP
4400 NE 77th Avenue, Suite 275
Vancouver, WA 98662
Telephone: (360) 818-9320
Facsimile: (360) 450-3116
ccantrell@doylelowther.com
bill@doylelowther.com
john@doylelowther.com

*Attorneys for Plaintiff Rosemary Caddy*

*/s/ Lana K. Varney*
Lana K. Varney
KING & SPALDING LLP
500 W. 2nd Street, Suite 1800
Austin, TX 78701
Telephone: (512) 457-2060
Facsimile: (512) 457-2100
lvarney@kslaw.com

*Counsel for Defendant Coloplast Corp.*

*/s/ Dustin B. Rawlin*
Dustin B. Rawlin
TUCKER ELLIS & WEST
950 Main Street, Suite 1100
Cleveland, OH 44113
(216) 592-5000 (phone)
(216) 592-5009 (fax)
dustin.rawlin@tuckerellis.com

*Attorney for Defendant Mentor Worldwide LLC*

19

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2019, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

>*/s/ Lana K. Varney*
>Lana K. Varney