IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

IN RE:   COLOPLAST CORP.,                                                          MDL NO. 2387
         PELVIC SUPPORT SYSTEM
         PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO ALL CASES

## O R D E R

Pending before the court is a Motion for Change of Address, filed on October 18, 2017, in *In re: Coloplast Corp.,* 2:12-md-2387 [ECF No. 1576]. In the motion, Lana K. Varney of King & Spalding requests an order updating her address in MDL Nos. 2187, 2325, 2326, 2327, 2387, 2440 and 2511 and in each individual case in which attorney Lana K. Varney appears.

The court **ORDERS** that the Motion for Change of Address is **GRANTED**.

The court **DIRECTS** the Clerk to update Lana K. Varney's address, as set forth in the Motion, in MDL Nos. 2187, 2325, 2326, 2327, 2387, 2440 and 2511 and for each individual member case associated with the MDLs in which Lana K. Varney appears. The court further **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: October 24, 2019

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE